MICHAEL MULGREW, as President of the United Federation of Teachers, Local 2, American Federation of Teachers, AFL-CIO, on Behalf of All Represented Employees in the City School District of the City of New York, Appellant, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK et al., Respondents. DOW JONES & COMPANY, INC., et al., Intervenors-Respondents.

Submitted December 27, 2011; decided February 14, 2012

Reported below, 87 AD3d 506.

Motion by New York State United Teachers for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein dismissed as academic.

In the Matter of NATHAN O., Respondent, v JENNIFER P. et al., Appellants. (And Another Related Proceeding.)

Submitted December 19, 2011; decided February 14, 2012

Reported below, 88 AD3d 1125.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIO C. BORRELL, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted January 9, 2012; decided February 14, 2012

Reported below, 85 AD3d 1515.

Motion for reargument of motion for leave to appeal denied [see 17 NY3d 718 (2011)].